**Vickie G. MILLS, Plaintiff–Appellant,**

v.

**CCL; LGH; Com.; Sleep Study; Foot Doc. Dr. Minton; Dr. Cox; Internal Medicine Clinics; Imaging; Xray; Catherization Heart Doctor; McClanahan Street, SW; Ob–Gyn; Neurology; CCL Brambleton Phys. All Doctors; CCL 1314 Peterscreek Rd.; Gile Memorial Ear, Nose, Throat Clinic; All Employees (Some) Fire Dept. Emt, Employees Site Center Employees; Carilion Roanoke Community Hospitals Clinics; Lewis–Gale Internal Medicine; Carilion Ob–Gyn; Cardiology Associates Of Virginia; Gill Memorial Ear, Nose, Throat Clinic; Lewis–Gale Ear, Nose, Throat Clinic; Lewis–Gale Neurology, Defendants–Appellees.**

**Vickie G. Mills, Plaintiff–Appellant,**

v.

**Veterans Administration Hospital; Salem Nursing Rehab; Raleigh Court Rehab; CCL; LGH; Com.; Internal Medicines Clinic, Jefferson Street, Defendants–Appellees.**

Nos. 14–1419, 14–1421.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2014.

Decided: June 23, 2014.

Vickie G. Mills, Appellant Pro Se.

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed in by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Vickie G. Mills appeals the district court's orders dismissing her civil actions under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mills v.*

*CCL*, No. 7:14–cv–00198–MFU; *Mills v. Veterans Admin. Hosp.*, No. 7:14–cv–00183–MFU (W.D.Va. Apr. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*